**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
K.E., individually and on behalf of M.L., a child with a disability,

                Plaintiff,

-against-                                 21 **CIVIL** 2815 (KPF)

**JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2022, the Court has GRANTED IN PART Plaintiff's motion for summary judgment on the issue of attorneys' fees and costs as follows: It awards attorneys' fees in the aggregate amount of $61,809.25, and costs in the amount of $1,274.02. Judgment is entered against Defendant DOE in that amount; accordingly, the case is closed.

**Dated:** New York, New York

      September 27, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                       **BY:**    *K. Mango*

                                                  **Deputy Clerk**