UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
K.E., individually and on behalf of M.L., a child
with a disability,

                Plaintiff,

-against-                                              21 **CIVIL** 2815 (KPF)

## **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2022, and the Court's Memo Endorsed Order dated June 30, 2023, in light of the parties' agreement that reconsideration of the Court's prior judgment is unnecessary and consistent with the Second Circuit's mandate, the judgment is re-entered in this case. (See Dkt. #48 (judgment); Dkt. #51 (Second Circuit mandate stating that "[f]ollowing the district court's entry of a final judgment in the remanded appeal, either party may restore jurisdiction to this court")). The Court has GRANTED IN PART Plaintiff's motion for summary judgment on the issue of attorneys' fees and costs as follows: It awards attorneys' fees in the aggregate amount of $61,809.25, and costs in the amount of $1,274.02. Judgment is entered against Defendant DOE in that amount.

**Dated:** New York, New York

       June 30, 2023

                                                                           **RUBY J. KRAJICK**

                                                                            **Clerk of Court**

                             **BY:**             *K. Mango*

                                                                             **Deputy Clerk**